PERCIVAL W. COPELAND, Respondent, v. FRANCIS M. HUGO, Appellant,

Impleaded with Another, Defendant.— Motion for leave to appeal to Court of Appeals denied, with ten dollars costs. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.